COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Claudia Kristine Esquivel v. The State of Texas

Appellate case number:   01-16-00301-CR

Trial court case number:  14CR1878

Trial court:             212th District Court of Galveston County

Date motion filed:       January 29, 2018

Party filing motion:     Appellant

      Appellant's motion to the en banc court requesting publication of the September 7, 2017 panel opinion in this case is **DENIED.**

Judge's signature: /s/ Michael Massengale
        ☐ Acting Individually ☒ Acting for the Court

En banc court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey

Date: March 1, 2018